```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

**BOBBY L. TACKETT,**

    **Plaintiff,**

  **vs.**                              Civil Action 2:12-cv-1134
                                            Judge Watson
                                            Magistrate Judge King

**BANK OF AMERICA, NA,**

    **Defendant.**

## REPORT AND RECOMMENDATION

Plaintiff asks for leave to proceed in this civil action without prepayment of fees or costs. Doc. No. 1. In his application for leave to proceed *in forma pauperis*, however, plaintiff claims a yearly disability income in excess of $45,000.00 and monthly expenses of less than $2300.00. Under these circumstances, the Court concludes that plaintiff is financially able to pay the $350.00 filing fee.

It is therefore **RECOMMENDED** that plaintiff's application for leave to proceed *in forma pauperis*, Doc. No. 1, be **DENIED.**

If any party seeks review by the District Judge of this *Report and Recommendation*, that party may, within fourteen (14) days, file and serve on all parties objections to the *Report and Recommendation*, specifically designating this *Report and Recommendation*, and the part thereof in question, as well as the basis for objection thereto. 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(b). Response to objections must be filed within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b).

The parties are specifically advised that failure to object to the *Report and Recommendation* will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation*. See *Thomas v. Arn*, 474 U.S. 140 (1985); *Smith v. Detroit Fed'n of Teachers, Local 231 etc.*, 829 F.2d 1370 (6th Cir. 1987); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

                                          *s/Norah McCann King*
                                            Norah M$^{c}$Cann King
                                 United States Magistrate Judge

December 10, 2012
Date