# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Bobby L. Tackett,

      Plaintiff,

      v.

Bank of America NA,

      Defendant.

Case No. 2:12–cv–1134

Judge Michael H. Watson

## ORDER

On December 10, 2012, United States Magistrate Judge King, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(A) and General Order 91-3 for the Southern District of Ohio Eastern Division of Columbus, filed a Report and Recommendation concerning the disposition of Bobby Tackett's ("Plaintiff") motion for leave to proceed in forma pauperis. Report and Recommendation, ECF No. 3. The Report and Recommendation recommends denying Plaintiff's motion. *Id*. at 1.

The Report and Recommendation notified the parties of their right to file objections to the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). The Report and Recommendation further specifically advised the parties that the failure to object to the Report and Recommendation within fourteen days would result in a waiver of the right to de novo review by the District Judge. *Id*. at 2. The deadline for filing such

objections was December 27, 2012, no objections were filed, and Plaintiff paid the required filing fee on December 13, 2012.

Having received no objections, the Report and Recommendation, ECF No. 3, is **ADOPTED**.  Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 1, is **DENIED**.

IT IS SO ORDERED.

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**